

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00423-CV

**THE LUNARIA HERITAGE TRUST** and Scott Hepford,
Appellants

v.

Bert "Terry" **DUNKEN** Jr. and MCI Partners, LLC
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-02253
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  February 26, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP. P. 42.1(a)(2).  We order all costs assessed against appellants.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM